FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL 2 3 2025

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DEVON RICE,

        Defendant.

4:25CR3058

INDICTMENT
18 U.S.C. § 2251(a) & (e)

The Grand Jury charges that:

## COUNT I

Beginning at least on or about May 30, 2025 and continuing to on or about June 18, 2025, within the District of Nebraska, DEVON RICE, the defendant herein, did attempt to employ, use, persuade, induce, entice, and coerce an individual he believed was a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) & (e).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

JULIE ANN M. MRUZ
Assistant United States Attorney